UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach

CASE NO.: 15-cv-80907-RLR

ERIC ROGERS,

      Plaintiff,

vs.

DON T. ENTERPRISES, INC. and, KIMCO DELAWARE, INC.,

      Defendants.
_____/

## NOTICE OF APPEARANCE

THE CLERK of this Honorable Court will please note the appearance of the undersigned attorneys, Karen A. Brimmer, as counsel for Defendant, KIMCO DELAWARE, INC. in the above-captioned cause.

All parties are requested to forward copies of pleadings and pertinent forms and correspondence to this attorney.

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Douglas Steven Schapiro, Esq.
Schapiro Law Group, P.L.
21301 Powerline Road
Suite 106
Boca Raton, FL 33442
*Attorneys for Plaintiff*

15085460V1 A7561

Case No. 15-cv-80907-RLR

HINSHAW & CULBERTSON LLP

s/ Karen A. Brimmer
Karen A. Brimmer
Florida Bar No. 236470
Hinshaw & Culbertson LLP
2525 Ponce de Leon Blvd.
4th Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
Primary: kbrimmer@hinshawlaw.com
Secondary: cmoore@hinshawlaw.com
Attorneys for Defendant KIMCO
DELAWARE, INC.

2