UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:15-CV-80907-ROSENBERG/HOPKINS

ERIC ROGERS,

    Plaintiff,

v.

DON T. ENTERPRISES, INC. and
KIMCO DELAWARE, INC.,

    Defendants.

_____/

## ORDER APPROVING CONSENT DECREE
## AND DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation to Approve Consent Decree and to Dismiss Defendants with Prejudice [DE 27]. The Court has carefully reviewed the Joint Stipulation, and the Consent Decree attached thereto, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Consent Decree attached to the parties' Joint Stipulation to Approve Consent Decree and to Dismiss Defendants with Prejudice [DE 27] is hereby **APPROVED**.

2. Defendants, DON T. ENTERPRISES, INC. and KIMCO DELAWARE, INC., are **DISMISSED WITH PREJUDICE**.

3. The Court retains jurisdiction to enforce the Consent Decree.

4. Each party shall bear its own attorneys' fees and costs except as otherwise detailed in the parties' Consent Decree.

5. All pending motions are **DENIED AS MOOT**, all deadlines are **TERMINATED**, all scheduled hearings are **CANCELLED**, and the Clerk of the Court is directed to **CLOSE THIS CASE**.

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida this 29th day of October, 2015.

                                                            ROBIN L. ROSENBERG
Copies furnished to:                                 
Counsel of Record                               UNITED STATES DISTRICT JUDGE